UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LABRINA BARBER on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:23-cv-00208-JRS-MJD |
| PARK 100 FOODS INC., | ) ) ) | |
| Defendant. | ) | |

**Final Judgment**

Pursuant to the Order also issued this day, all claims in this action are dismissed with prejudice; the Parties are subject to the Court-approved settlement. This is a **final judgment** under Federal Rule of Civil Procedure 58.

Date: 12/1/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
     Deputy Clerk, U.S. District Court

Distribution:

Gregory W. Guevara
gguevara@boselaw.com

Tyler John Moorhead
BOSE MCKINNEY & EVANS LLP
tmoorhead@boselaw.com

Jeffrey Moyle
Nilges Draher LLC
jmoyle@ohlaborlaw.com

Philip R. Zimmerly
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
pzimmerly@boselaw.com